**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-812-KDB-DCK**

| | | |
|---|---|---|
| YU WU, | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES | ) | |
| LLC, et al. | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) filed by Local Counsel Leonard Bennett on May 22, 2026.

Applicant Mark C. Leffler seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) is **GRANTED**. Mark C. Leffler is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: May 26, 2026

David C. Keesler
United States Magistrate Judge