# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE _____ DIVISION

DOCKET NO. 3:25-cv-00812-KDB-SCR

Yu Wu _____,  )
                             )
    Plaintiff,           )
                             )
vs.                          )
                             )
EQUIFAX INFORMATION SERVICES, LLC, et al. )
                             )
    Defendant.           )
                             )
                             )

    MOTION FOR ADMISSION
    *PRO HAC VICE*
    and AFFIDAVIT

NOW COMES Caren D. Enloe _____ ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Cheryl Lee O'Connor _____ ("Applicant"), who seeks permission to represent Defendant Experian Information Solutions, Inc. _____

_____ ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1.    Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is California _____.

2.    Applicant practices under the name of or as a member of the following firm:

**Firm Name:** **GOODWIN PROCTER LLP** _____

**Mailing Address:** **660 Newport Center Drive Suite 450, 4th Floor** _____

**City / State / Zip:** **Newport Beach, CA 92660** _____

**Telephone Number:** **+1 949 743 3400** _____ **Facsimile Number:** **+1 949 743 3485** _____

**Email Address (required):** **cheryloconnor@goodwinlaw.com** _____

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:
USDC Central District of CA, USDC Northern District of CA, USDC Eastern District of CA, and USDC Southern District of CA.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they *do not* oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

2

By signing this Motion, we so certify.

This, the ___3rd___ day of __June_____, 20_26_.

___/s/ Caren D. Enloe___

Local Counsel

Attorney Name  Caren D. Enloe
Bar Number  17394
Firm Name  Smith Debnam Narron Drake Saintsing & Myers LLP
Firm Address  P.O. Box 176010
Firm City / State / Zip  Raleigh, NC 27619-6010
Telephone Number  919-250-2000
Fax Number  919-250-2124
Email Address  cenloe@smithdebnamlaw.com

___/s/ Cheryl Lee O'Connor___

Applicant

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124
*Counsel for Defendant Experian Information Solutions, Inc.*

3