# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO.  3:25-CV-812-KDB-DCK

| | | |
|---|---|---|
| YU WU, | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES | ) | |
| LLC, et al., | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) filed by Local Counsel Caren Enloe on June 3, 2026.

Applicant Cheryl Lee O'Connor seeks to appear as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) is **GRANTED**.  Cheryl Lee O'Connor is hereby admitted *pro hac vice* to represent Defendant Experian Information Solutions, Inc.

**SO ORDERED**.

Signed: June 3, 2026

David C. Keesler
United States Magistrate Judge