YU WU,

     **Plaintiff,**

v.           Case No. 3:25-cv-00812-KDB-DCK

EQUIFAX INFORMATION
SERVICES, LLC,

and

EXPERIAN INFORMATION
SOLUTIONS, INC,

     **Defendants.**

## AMENDED JOINT MOTION FOR PERMISSIBLE PURPOSE ORDER

Plaintiff Yu Wu ("Plaintiff") and defendant Equifax Information Services LLC ("Equifax" or "Defendant") (together, the "Parties"), by and through undersigned counsel, hereby stipulate and jointly move that the Court enter an order based on the following:

1. Plaintiff alleges that Equifax improperly "mixed" his credit information to merge with the information of another individual. Equifax denies these claims. Upon information and belief, Plaintiff alleges that such individual is also named Yu Wu ("Non-Party Consumer").

2. Plaintiff seeks certain documents concerning the foregoing individual as part of discovery.

3. The documents at issue may include historical "snapshots" of a consumer's credit file at a particular month and year, records from data furnishers, or other historical or contemporary records containing Plaintiff's and/or the Non-Party Consumer's credit and/or personal identifying information.

4. 15 U.S.C. § 1681b governs the circumstances under which a consumer reporting

326808957v.1

agency may furnish a consumer report.

5.   15 U.S.C. § 1681b(a)(1) states that one permissible purpose to issue a report is in response to the order of a court having jurisdiction to issue such an order.

6.   Without Defendant conceding that the documents referenced in Paragraph 3 are "consumer reports" as defined by the FCRA, Plaintiff and Equifax request that the Court enter the Order submitted herewith authorizing Equifax to produce selected, agreed upon records, if any, of the individual identified in paragraph 1 above, pursuant to 15 U.S.C. § 1681b(a)(1), and subject to a  protective order in this case to govern the exchange of confidential, trade secret, and proprietary information.

7.   The Court has entered a protective order, (Doc. 21), and Equifax will only produce documents as contain Plaintiff's name, or iteration thereof, and/or other personal identifiable information with personal identifiable information that does not pertain to him marked as "CONFIDENTIAL" pursuant to the protective order, which shall operate to restrict their dissemination and restrict their use for the purpose of litigating this case.

8.   Further, Equifax represents to the Court that no Social Security Number information other than Plaintiff's is included in the documents that will be produced in this case. Accordingly, no Social Security Number information belonging to any individual other than Plaintiff will be produced pursuant to the permissible purpose order.

9.   Further, Plaintiff represents to the Court he will destroy any documents with personal identifiable information that does not pertain to him at the conclusion of this case.

10.   Further, the Parties represent to the Court that, given the limited nature of the information likely to produced pursuant to the permissible purpose order, they do not intend to provide notice to any non-party individual.

2

11. Equifax reserves all other rights and objections to Plaintiff's discovery requests.

| | |
|---|---|
| /s/ Mark C. Leffler<br>Leonard A. Bennett (NC Bar No. 21576)<br>Mark C. Leffler*<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>763 J. Clyde Morris Boulevard<br>Suite 1-A<br>Newport News, VA 23601<br>Tel: (757) 930-3660<br>Fax: (757) 930-3662<br>Email: lenbennett@clalegal.com<br>Email: mark@clalegal.com<br><br>*Counsel for Plaintiff* | /s/ Vincent Smolczynski<br>Vincent Smolczynski (NC Bar No. 59715)<br>Seyfarth Shaw LLP<br>300 South Tryon Street, Suite 400<br>Charlotte, NC 28202<br>Tel: (704) 925-6060<br>Fax: (704) 946-6083<br>Email: vsmolczynski@seyfarth.com<br><br>*Counsel for Equifax Information Services LLC* |

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 26, 2026, I presented the foregoing JOINT MOTION FOR ENTRY OF PERMISSIBLE PURPOSE ORDER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/* _____